IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SALVATORE J. CIPOLLA,

      Petitioner,

v.                                                                    Case No.  5D16-3510

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed January 20, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Salvatore J. Cipolla, Orlando, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and Marjorie Vincent-Tripp, Assistant Attorney General, Daytona Beach, for Respondent.


PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the December 8, 2014 judgments and sentences in Case No. 2010-CF-30286-A in the Circuit Court in and for Brevard County, Florida.  See Fla. R. App. P. 9.141(c)(6)(d).


PETITION GRANTED.


COHEN, C.J., ORFINGER and BERGER, JJ. concur.